UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X
LORI VARNEY,

                Plaintiff,                      **RULE 7.1**
                                                              **DISCLOSURE**
                                                             **STATEMENT**

v.

KOHL'S DEPARTMENT STORES, INC. and
DIVERSIFIED MAINTENANCE SYSTEMS, LLC,

                Defendants,
-------------------------------------------------------------------X

      I, David S. Rutherford, attorney for defendants, KOHL'S DEPARTMENT STORES, INC. and DIVERSIFIED MAINTENANCE SYSTEMS, LLC, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure identifying any corporate parents, subsidiaries or affiliates of defendants. Kohl's Department Stores, Inc. is a publicly traded company. Upon information and belief, there are no other corporate entities owning 10% or more of the shares of defendant corporation. Diversified Maintenance Systems, LLC is solely owned by DMS Parent, LLC, a Delaware Limited Liability Company located in Florida.

Dated: New York, New York
            May 3, 2019

                                      Respectfully submitted,

                                      **RUTHERFORD & CHRISTIE, LLP**

                                      By:_____
                                          David S. Rutherford (CT24876)
                                          Attorneys for Defendants
                                          Rutherford & Christie, LLP
                                          800 Third Avenue, 9th Floor
                                          New York, NY 10022
                                          (212) 599-5799

TO:   Balzano & Tropiano, P.C.
       Attorneys for Plaintiff
       321 Whitney Avenue
       New Haven, CT 06511
       (203) 891-6336
       Attn.: Richard Tropiano, Jr.
       Juris No. 428258